Rebecca Springer, Appellant, v. Yellow Cab Company, Appellee.

Gen. No. 43,584.

opinion filed April 8, 1946; rehearing denied April 22, 1946; released for publication April 23, 1946. Irving G. Zazove, for appellant; Miller, Gorham, Wescott & Adams, for appellee; Herbert C. DeYoung and Charles F. White, of counsel. Opinion by PRESIDING JUSTICE MATCHETT. Not to be published in full.